UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN E. CARPENTER; and BECKY CARPENTER,

    Plaintiffs,

v.

RONALD N. FAWCETT; CAROL FAWCETT; and FIRST AMERICAN TITLE INSURANCE COMPANY,

    Defendants.

C23-1072 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The parties' stipulated motion to dismiss all claims against Defendant First American Title Insurance Company, docket no. 40, with prejudice and without costs and attorney fees as to any party is hereby GRANTED.  First American Title Insurance Company's motion for summary judgment, docket no. 36, is hereby STRICKEN as moot.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 20th day of December, 2024.

    Ravi Subramanian
    Clerk

    s/Laurie Cuaresma
    Deputy Clerk

MINUTE ORDER - 1